UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**DENNIS RODRIGUEZ,** *et al.*, individually,
and on behalf of others similarly situated,

Plaintiffs,

vs.

**UNITED PAINTING, INC.**

Defendant.

Case No. 4:18-CV-00064 JAR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiffs and Defendant, by and through their undersigned counsel, hereby agree to dismiss this action with prejudice, with each side bearing its own attorneys' fees and costs.

Date: October 31, 2018

RESPECTFULLY SUBMITTED,

By:   /s Nicholas Conlon
Nicholas Conlon (*admitted PHV*)
JTB LAW GROUP, LLC
155 2nd St., Suite 4
Jersey City, NJ 07302
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiffs*

Anthony M. Pezzani, #52900 MO
ENGELMEYER & PEZZANI LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017

By:   /s William M. Lawson
William M. Lawson
OGLETREE DEAKINS
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
t: 314-802-3935
f: 314-802-3936
william.lawson@ogletreedeakins.com

*Counsel for Defendant*

So Ordered
John A. Ross
11/2/18